# IN THE FEDERAL DISTRICT COURT

# EASTERN DISTRICT OF MISSOURI

# EASTERN DIVISION

| | |
|---|---|
| ARC PRODUCTS, L.L.C., | ) |
| Plaintiff, | ) Case No. |
| v. | ) |
| PATRICK D. KELLY | ) |
| Defendant | ) |

## NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW DEFENDANT Patrick Kelly, who states that this proceeding is being removed to federal court, because it pertains to patent matters, which are subject to exclusive federal jurisdiction under the federal patent law.

Statutory authority is in 28 U.S.C. § 1338 et seq., and in Title 35 of the U.S. Code.

Additional authority for removal of a patent case, even when non-patent matters are also involved, is in cases such as <u>Air Measurement Technologies, Inc., et al. v. Akin Gump Strauss Hauer & Feld, L.L.P., et al.</u>, 504 F.3d 1262 (Fed. Cir. 2007).

Respectfully submitted,

/s/ *Patrick D. Kelly*

_____

Patrick D. Kelly
   Missouri Bar No. 32837
   Patent Office Reg. No. 30,650
11939 Manchester Road
St. Louis, MO  63131
Phone: 314-822-8558
Fax: 314-822-8998

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document, with all attachments, is being provided to the following attorney of record, via e-mailing of an electronic file in "pdf" format, on July 13, 2010.

                                              /s/ *Patrick D. Kelly*
                                              _____
                                              Patrick D. Kelly

James C. Ochs, Esq.
Ochs & Klein, P.C.
149 North Meramec
Clayton, MO 63105
   phone: 314-727-2111
   fax:  314-727-2110
   email: JCO@ochsklein.com